IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

JEFFERY JAMES JACKSON )
Full name and prison number )
of plaintiff(s) )
 )
v. )     CIVIL ACTION NO. 2:05CV436-F
 )     (To be supplied by Clerk of
 )     U.S. District Court)
GUY NAQUIN )
 )
HUEY THORNTON )
 )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2005 MAY 10 A 9:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____ N/A _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county)
            _____ N/A _____

3. Docket number _____ N/A _____

4. Name of judge to whom case was assigned __ N/A __
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____ N/A _____

6. Approximate date of filing lawsuit __ N/A __

7. Approximate date of disposition __ N/A __

II. PLACE OF PRESENT CONFINEMENT _____
MONTGOMEY CO. DETENTION FACILITY.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
JACKSON HOSPITAL - ARRESTED AFTER RECOVERY

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
   **NAME**                                **ADDRESS**

1. _____

2. GUY NAQUIN - 320 N. RIPLEY ST. MONTG. AL 36104

3. HUEY THORNTON - 320 N. RIPLEY ST. MONTG. AL 36104

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED FEB. 9 2004
THRU FEBUARY 18, 2004 DATE OF ARREST.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: VIOLATION OF 14TH AMENDMENT, DUE PROCESS OF LAW, BASED ON ILLEGAL ARREST.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

DETECTIVE: GUY NAQUIN WHILE ACTING UNDER COLOR OF STATE LAW ARRESTED ME FOR AN ATTEMPTED ROBBERY OF A TRUCK DRIVER WHO DIED, IN AN ACCIDENT. DETECTIVE GUY NAQUIN ARREST WAS BASED ON HIS FALSE ACCUSATION.

GROUND TWO: VIOLATION OF MY 5TH AMENDMENT RIGHT. MIRANDA V. ARIZONA - SUPREME COURT - 1966

SUPPORTING FACTS: DET. G. NAQUIN APPEARED AT JACKSON HOSPITAL TO QUESTION ME ABOUT THE ACCIDENT. I AGREED TO ANSWER HIS QUESTION NOT KNOWING THAT HE WAS INVESTIGATION THE DEATH OF THE TRUCK DRIVER. I WAS'NT INFORMED THAT I WAS BEING INTERROGATED FOR ATTEMPTED ROBBERY.

GROUND THREE: VIOLATION OF 1ST - 14TH AMENDMENT LIBEL AND SLANDER, DEFAMATION WITHOUT JUSTIFICATION.

SUPPORTING FACTS: MY CASE INVOLVES AN ACCIDENT OF A TRUCK DRIVER BY THE NAME OF MARK A. CIEUTAT WHO DIED. I WAS BLAMED BY HIS FATHER - LEON CIEUTAT OF CARRYING A GUN AND WEARING A SKI MASK. MR. CIEUTAT OBTAINED THIS INFORMATION FOR DETECTIVE NAQUIN WITH THE KNOWLEGE OF LT. THORNTON.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

GRANT RELIEF IN WHICH I'AM ENTITLED TO. HAVE THE DEFENDANT'S IN THIS ACTION TO ANSWER FOR THEIR UNLAWFUL ACTS WHILE ACTING UNDER COLOR OF STATE LAW.

*Jeffery James Jackson*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 8TH DAY OF MAY 2005.
(Date)

*Jeffery James Jackson*
Signature of plaintiff(s)

4

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

JEFFERY J. JACKSON - 16703
    PLAINTIFF
v.

DET. GUY NAQUIN
LT. HUEY THORNTON
    DEFENDANT(S)

CIVIL ACTION
CASE NO:

## AFFIVDAVIT

BOTH LT. HUEY THORNTON AND CPL. GUY NAQUIN OF THE MONTGOMERY POLICE DEPARTMENT ACTED WRONGFULLY IN THEIR UNFAIRNESS TOWARD ME, WHILE PERFORMING THEIR DUTIES UNDER THE COLOR OF STATE LAW.

I WAS ARRESTED ON FEBUARY 18, 2004. CHARGED WITH ROBBERY 1ST DEGREE AND MURDER. MARCH 26, 2004 PRELIMINARY HEARING WAS HELD. DET. GUY NAQUIN WAS THE STATE WITNESS. HE TESTIFIED UNDER OATH FALSELY. LT. HUEY THORNTON STATEMENT IN THE MONTGOMERY ADVERTISER WAS WRONG, ACCUSING ME OF ATTEMPTED ROBBERY.

MY ARREST WAS BASED ON THE FLASE ALLEGATION OF DET. GUY NAQUIN, PURSUANT TO ARREST REPORT. VIOLATIONS OF THE STATE AND UNITED STATES CONSTITUTION.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON MAY 8, 2005

*Jeffery J. Jackson*