# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

JEFFERY J. JACKSON - 16703
Plaintiff

v.

GUY NAQUIN
HUEY THORNTON
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:05CV436-F

I, __JEFFERY JAMES JACKSON__ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant     ☐ other     _16703_

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __MONTGOMERY CO. DETENTION FACILITY__

   Are you employed at the institution? __NO__ Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☒ No
   b. Rent payments, interest or dividends              ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☒ No
   d. Disability or workers compensation payments       ☐ Yes     ☒ No
   e. Gifts or inheritances                             ☐ Yes     ☒ No
   f. Any other sources                                 ☐ Yes     ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   GLORENE ADAMS - DAUGHTER, AND I HAVE GRANDCHILDREN THAT NEEDS TO BE EDUCATED. MY SUPPORT AS A GRANDFATHER IS NEEDED IN REGARDS TO DISCIPLINE. / INDIGENT.

I declare under penalty of perjury that the above information is true and correct.

9TH DAY OF MAY 2005 / Jeffery James Jackson
_____            _____
        Date                           Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                                          Page 1 of 1

Montgomery County Jail
02/25/05 13:20
ST 001 / OPR YR

Booking Number        :  16703
Resident Name         :  JACKSON, JEFFERY JAMES
Time Frame            :  02/18/2004 12:28 - 02/25/2005 13:20

------------------------------------------------------------------------------------------
Date          Time    Type            ST   OPR    Receipt #        Amount         Balance
------------------------------------------------------------------------------------------

02/18/2004    12:28   Reopen          3    AF     C60035           0.00           0.00
03/01/2004    11:01   Order           3    ttm    C60925           0.00           0.00
03/04/2004    09:57   Order           3    ttm    C61369           0.00           0.00
03/15/2004    08:59   Order           3    ttm    C62247           0.00           0.00
03/18/2004    09:28   Order           3    ttm    C62458           0.00           0.00
03/22/2004    08:33   Order           3    ttm    C62648           0.00           0.00
03/23/2004    14:10   Add             2    ALA    B39137          10.00          10.00
03/23/2004    14:10   Rec Payment     2    ALA    B39138           4.00           6.00
03/25/2004    08:43   Order           3    ttm    C62970           5.74           0.26
04/26/2004    08:59   Order           3    ttm    C65535           0.00           0.26
04/26/2004    08:59   Rec Payment     3    ttm    C65536           0.26           0.00
04/29/2004    08:57   Order           3    ttm    C65963           0.00           0.00
05/03/2004    11:45   Order           3    ttm    C66123           0.00           0.00
05/11/2004    12:29   Add             2    VT     B40708          10.00          10.00
05/11/2004    12:29   Rec Payment     2    VT     B40709           4.00           6.00
05/13/2004    08:49   Order           3    ttm    C67024           4.97           1.03
05/18/2004    15:12   Rec Payment     1    wck    A36061           0.41           0.62
06/14/2004    10:01   Order           3    ttm    C69771           0.00           0.62
06/14/2004    10:01   Rec Payment     3    ttm    C69772           0.62           0.00
06/21/2004    11:06   Order           3    ttm    C70287           0.00           0.00
07/08/2004    10:00   Order           3    ttm    C71721           0.00           0.00
07/09/2004    12:28   Add             2    VT     B42561          10.00          10.00
07/09/2004    12:28   Rec Payment     2    VT     B42562           4.00           6.00
07/12/2004    09:31   Order           3    ttm    C71829           5.78           0.22
07/27/2004    12:41   Add             2    FHD    B43090          14.00          14.22
07/27/2004    12:41   Rec Payment     2    FHD    B43091           5.60           8.62
07/29/2004    09:24   Order           3    ttm    C73525           8.22           0.40
08/16/2004    13:53   Rec Payment     1    ALA    A37810           0.16           0.24
09/13/2004    10:46   Order           3    ttm    C77386           0.00           0.24
09/13/2004    10:46   Rec Payment     3    ttm    C77387           0.24           0.00
09/20/2004    09:34   Order           3    ttm    C77619           0.00           0.00
10/04/2004    09:39   Order           3    ttm    C78975           0.00           0.00
10/11/2004    09:18   Order           3    ttm    C79542           0.00           0.00
10/18/2004    09:43   Order           3    ttm    C80059           0.00           0.00
10/21/2004    09:38   Order           3    ttm    C80459           0.00           0.00
10/25/2004    09:46   Order           3    ttm    C80742           0.00           0.00
10/28/2004    09:22   Order           3    ttm    C81084           0.00           0.00
11/04/2004    09:21   Order           3    ttm    C81752           0.00           0.00
11/15/2004    09:10   Order           3    ttm    C82693           0.00           0.00
11/18/2004    11:20   Order           3    ttm    C83165           0.00           0.00
11/22/2004    09:16   Order           3    ttm    C83450           0.00           0.00
11/29/2004    10:05   Order           3    amw    C83912           0.00           0.00
12/16/2004    09:23   Order           3    ttm    C85403           0.00           0.00
12/20/2004    08:50   Order           3    ttm    C85759           0.00           0.00
01/04/2005    08:51   Order           3    ttm    C86420           0.00           0.00
01/10/2005    10:15   Order           3    ttm    C86953           0.00           0.00
01/13/2005    10:27   Order           3    ttm    C87270           0.00           0.00
01/24/2005    10:06   Order           3    ttm    C88146           0.00           0.00
01/27/2005    09:30   Order           3    ttm    C88493           0.00           0.00
01/31/2005    09:33   Order           3    ttm    C88829           0.00           0.00
02/03/2005    10:44   Order           3    RAI    C89286           0.00           0.00
02/07/2005    13:25   Order           3    ttm    C89566           0.00           0.00
02/10/2005    09:11   Order           3    ttm    C89890           0.00           0.00
02/14/2005    10:34   Order           3    ttm    C90267           0.00           0.00
02/15/2005    15:22   Add             2    yr     B50065          10.00          10.00
02/15/2005    15:22   Rec Payment     2    yr     B50066           4.00           6.00
02/17/2005    08:56   Order           3    ttm    C90464           5.36           0.64
```

Montgomery County Detention Facility
# INMATE REQUEST FORM

DATE: FEB. 24, 2005   TIME: 8:00
NAME: JEFFERY J. JACKSON   BOOKING # 16703   CELLBLOCK 4-C

Please check ONLY ONE of the following:

\_\_\_\_ LAUNDRY                              \_\_\_\_ PROPERTY
\_\_\_\_ RECREATION                           \_\_\_\_ VISITATION
\_\_\_\_ CHARGES/BOND INFORMATION             \_\_\_\_ FOOD SERVICE
\_\_\_\_ MAIL                                 \_\_\_\_ GENERAL LIBRARY
✓ CANTEEN                                    \_\_\_\_ MONEY INFORMATION
\_\_\_\_ MEDICAL/DENTAL                       \_\_\_\_ OTHER

*Briefly state your request*

Y. ROBINSON - I NEED A HISTORY REPORT WITH RECEIPT NUMBER. A RESIDENT COPY RECEIVABLE RECEIPT # A 39...

THANK YOU.

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

ACTION TAKEN

Date: 2/25/05                                Time: 13:28

See Attached

Action Taken by: Y. Robinson
                  Signature

PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

*Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition.*
*Request Forms will be completed and placed in inmate's file.*
*Inmates will receive a copy when a written response is required.*