IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY JAMES JACKSON
    PLAINTIFF,

    V.

GUY NAQUIN
    DEFENDANTS

|

|

| CIVIL ACTION NO. 2:05 CV
| 436-F WO

|

RECEIVED

2005 JUN -1 A 9:17

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PLAINTIFF OBJECTIONS TO FINDINGS AND RECOMMENDATIONS IN MAGISTRATE JUDGE'S REPORT

IN THIS 42 U.S.C. 1983 ACTION, PLAINTIFF CHALLENGES ACTIONS TAKEN BY LAW ENFORCEMENT OFFICERS IN INITIATING FALSE CRIMINAL CHARGES AGAINST HIM AND CAUSING THE PLAINTIFF TO BE FALSELY IMPRISONED. PLAINTIFF CONTENDS THAT DEFENDANTS, DETECTIVE GUY NAQUIN AND LIEUTENANT HUEY THORNTON FABRICATION OF FALSE CRIMINAL CHARGES AND FALSELY IMPRISONING HIM IS A VIOLATION OF HIS CONSTITUTIONAL AND HUMAN RIGHTS. PLAINTIFF SEEKS DECLARATORY AND INJUNCTIVE RELIEF.

PLAINTIFF OBJECT TO MAGISTRATE JUDGE'S RECOMMENDATION TO DISMISS THIS CASE PRIOR TO SERVICE.

PLAINTIFF CONTENDS THAT DEFENDANTS GUY NAQUIN AND LT. HUEY THORNTON IS RESPONSIBLE FOR THE SLANDEROUS STATEMENTS IN THE MONTGOMERY ADVERTISER MADE BY LEON CIEUTAT. LT. HUEY THORNTON MADE A FALSE STATEMENT ALSO ABOUT THE PLAINTIFF IN THE MONTG. ADVERTISER.

PLAINTIFF OBJECTS TO THE JUDGE'S RECOMMENDATION TO DISMISS HIS CLAIM FOR LIBEL AND SLANDER.

PLAINTIFF COMPLAINS THAT DEFENDANT GUY NAQUIN FABRICATED CRIMINAL CHARGES FOR FIRST DEGREE ROBBERY AND MURDER IN HIS ORIGINAL COMPLAINT CAUSING THE PLAINTIFF THE BE IMPRISONED FALSELY. PLAINTIFF IS FACING DEATH, PAIN AND SUFFERING BECAUSE OF DEFENDANTS.

DEFENDANT GUY NAQUIN IS THE STATE'S WITNESS IN THE CASE I'AM ACCUSED OF. PRELIMINARY HEARING WAS HELD MARCH 26, 2004 BEFORE JUDGE LUCIE MC LEMORE, DISTRICT COURT. DEFENDANT ACCUSED PLAINTIFF UNDER OATH OF ROBBERY. PLAINTIFF PAIN AND SUFFERING IS HIS COMPLAINT AGAINST DEFENDANT.

UNDER THE DOCTRINE OF QUALIFIED IMMUNITY, GOVERNMENT OFFICIALS PERFORMING DISCRETIONARY FUNCTIONS GENERALLY ARE SHIELDED FROM LIABILITY FOR CIVIL LIABILITY INSOFAR AS THEIR CONDUCT DOES NOT VIOLATE CLEARLY ESTABLISHED STATUTORY OR CONSTITUTIONAL RIGHTS OF WHICH A REASONABLE PERSON SHOULD HAVE KNOWN.    HARLOW V. FITZGERALD 800, 818, 102 S. CT. 2727, 73 L 2d 396 (1982)

PLAINTIFF OBJECT TO JUDGE'S RECOMMENDATION TO DISSMISSAL OF CLAIM FOR PERJURY.

DONE, THIS 30TH DAY OF MAY 2005

JEFFERY J. JACKSON

Jeffery J. Jackson
PLAINTIFF