# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| JEFFERY J. JACKSON | |
| PLAINTIFF | |
| v. | CIVIL ACTION NO. 2:05-CV- |
| GUY NAQUIN | 436-F WO |
| DEFENDANTS. | |

## MOTION TO BE REPRESENTED BY AN ATTORNEY

PLAINTIFF, JEFFERY JAMES JACKSON MOVES THIS HONORABLE COURT FOR AN ORDER ALLOWING HIM TO PROCEED IN THIS CASE WITH THE AID AND ASSISTACE OF AN COURT APPOINTED ATTORNEY. IN SUPPORT OF THIS MOTION THE PLAINTIFF STATE THE FOLLOWING GOUNDS:

1.) PLAINTIFF IS CURRENTLY INDIGENT AND DO'NT HAVE THE ASSISTANCE OF COUNCIL FOR HIS DEFENSE.

2.) PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN forma pauperis (DOC. NO. 2) WAS GRANTED, MAY 24, 2005 IN THIS ACTION.

DONE, THIS 7TH DAY OF JUNE, 2005

JEFFERY JAMES JACKSON

*Jeffery James Jackson*
PLAINTIFF