IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JEFFERY JAMES JACKSON          *

    Plaintiff,                 *

    v.                         * CIVIL ACTION NO. 2:05-CV-436-F

GUY NAQUIN, *et al.*,          *

    Defendants.                *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Appointment of Counsel and for good cause, it is

ORDERED that the motion (Doc. No. 6) is DENIED.

DONE, this 21st day of June, 2005.

                                      /s/ Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE